**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**
**OMAHA DIVISION**

| | | |
|---|---|---|
| **FRED H. KELLER, JR., *et al.*** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Civil Action No. 8:10-cv-00270** |
| **v.** | ) | |
| | ) | **PLAINTIFFS' MOTION** |
| **CITY OF FREMONT,** | ) | **TO PROCEED UNDER** |
| | ) | **FICTITIOUS NAMES** |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

## PLAINTIFFS' MOTION TO PROCEED UNDER FICTITIOUS NAMES

Comes now Plaintiffs JUAN, JUANA DOE and JUANA DOE #2, by and through their attorneys and pursuant to the principals set forth in the accompanying legal memorandum, hereby seek permission to proceed in this matter under fictitious names or anonymously for the following reasons:

1. Plaintiffs JUAN, JUANA DOE and JUANA DOE #2 (hereinafter "Doe Plaintiffs") are fearful of having their identities disclosed and have expressed concern and hesitation regarding participation in an action relating to a challenge to the constitutionality of the City of Fremont's Ordinance 5156 (hereinafter "Ordinance").

2. The Doe Plaintiffs reside in Fremont and would like to continue living there; however, because various terms in the ordinance are undefined or vague, the Doe Plaintiffs fear that they will not be able to shape their conduct to avoid the Ordinance's penalties.

3. The Doe Plaintiffs are concerned about violating the Ordinance because they do not have the resources to pay a fine.

4. In addition, the Doe Plaintiffs also fear that future landlords may refuse to rent to them because the Doe Plaintiffs are Latino or because of their present immigration status.

5. The Doe Plaintiffs are aware of the significant social stigma attached being undocumented.

6. The Doe Plaintiffs are aware of the inherent risk associated with disclosure of their names and identities and given their immigration status fear that disclosure of their legal names and addresses would subject them to prosecution or deportation proceedings or both.

7. The Doe Plaintiffs are aware that given the nature of this dispute and the issues involved, it is almost certain that there will be publicity surrounding this litigation thereby exposing plaintiffs to further scrutiny and harassment by those in the community who may be unaccepting or even hostile to undocumented immigrants.

8. The Doe Plaintiffs do not believe there would be any prejudice to Defendant City of Fremont because the City has no interest in maintaining and enforcing an unconstitutional ordinance that threatens to increase the City's financial liability from any additional and future suits for the violation of Fremont resident's civil rights.

9. In addition, the Doe Plaintiffs do not believe there would be any prejudice to Defendant City of Fremont because this case depends on the parties' legal arguments and knowledge of the Doe Plaintiffs' identities will not impact these arguments.

Therefore, for the reasons set forth above and in the accompanying Memorandum in Support of Plaintiffs' Motion To Proceed Under Fictitious Names, Plaintiffs' respectfully seek an order allowing Plaintiffs to proceed under fictitious names or anonymously.

Respectfully Submitted,

DATED: July 21, 2010 By: /s Shirley Mora James

Shirley Mora James
NSBA #19705
601 Calvert Street, Suite A
P. O. Box 21772
Lincoln, NE 68542
T: (402) 890-2295
F: (402) 435-1006
E: SA@MoraJamesLaw.com

Ricardo Meza*
IL State Bar No. 6202784
Alejandro Aixala*
IL State Bar No. 6295749
MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
11 East Adams Street, Suite 700
Chicago, IL 60603
T: (312) 427-0701
F: (312) 427-0691

*Application for admission pending

## CERTIFICATE OF SERVICE

I certify that on July 21, 2010, I electronically submitted the following document with the Clerk of the Court for the U.S. District Court for the District Court of Nebraska, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means. I also certify that I served the attorneys that represent the Defendant City of Fremont.

/s Shirley Mora James
Shirley Mora James