**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA,
OMAHA DIVISION**

| | | |
|---|---|---|
| **FRED H. KELLER, JR., *et al.*,** | ) | |
| | ) | **Civil Action No. 8:10-cv-00270** |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND REQUEST FOR AN EXPEDITED HEARING** |
| **CITY OF FREMONT,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
AND REQUEST FOR AN EXPEDIATED HEARING**

Fred H. Keller, Jr., *et al.*, Plaintiffs ("Plaintiffs") move for a preliminary injunction under Fed. R. Civ. Proc. 65(a) restraining the City of Fremont from implementing and/or enforcing Ordinance No. 5165 ("Ordinance") amending Fremont Municipal Code, Ordinance No 3139. and in support thereof as follows:

1) Plaintiffs assert: 1) there is a substantial likelihood that Plaintiffs will prevail on the merits; 2) there is a substantial threat that irreparable injury will result if the injunction is not granted; 3) the threatened injury to plaintiffs outweighs the threatened harm to defendant; and 4) granting the preliminary injunction will not disserve the public interest.

2) Plaintiffs also respectfully request this Court to schedule an expedited hearing on this motion pursuant to Local Rule 7.0.1 et. seq.

In support of this Motion, Plaintiffs rely on their Complaint and the Memorandum of Law and Evidence Index submitted herewith.

DATED: July 21, 2010

Respectfully submitted,

/s Shirley Mora James

Shirely Mora James, NSBA #19705
MORA JAMES LAW
601 Calvert Street, Suite A
P. O. Box 21772
Lincoln, NE 68542
T: (402) 890-2295
F: (402) 435-1006
E: SA@MoraJamesLaw.com

Ricardo Meza*
IL State Bar No. 6202784
Alejandro Aixala*
IL State Bar No. 6295749
MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
11 East Adams Street, Suite 700
Chicago, IL 60603
T: (312) 427-0701
F: (312) 427-0691

*Application for admission Pending/forthcoming

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I certify that on July 21, 2010, I electronically submitted the following document with the Clerk of the Court for the U.S. District Court for the District of Nebraska, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means. I also certify that I served the attorneys that represent the Defendant City.

/s Shirley Mora James
Shirley Mora James