# EXHIBIT

# B

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**
**OMAHA DIVISION**

| | | |
|---|---|---|
| FRED H. KELLER, JR et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | **Civil Action No.:**________________ |
| CITY OF FREMONT, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

**DECLARATION OF FRED H. KELLER, JR.**

I, Fred H. Keller, Jr., hereby declare and state as follows:

1) I am over the age of 18 and am fully competent to make this declaration.

2) I am a citizen of the United States.

3) I presently reside in Arlington, Nebraska.

4) I own a multi-unit apartment building located in Fremont, Nebraska and rent the units on a month-to-month basis.

5) I have never asked any of my tenants to submit any documents or papers relating to their immigration status nor do believe I should be required to do so.

6) I am aware that the City of Fremont recently passed Ordinance 5156 ("Ordinance") relating to rental units and the need of applicants, or tenants, to acquire an occupancy permit as a condition of entering into a lease.

7) I have seen and read a copy of the Ordinance.

8) I understand that all applicants who wish to rent property in my apartment building most apply for an occupancy license that requires them to demonstrate that they are legally present in the United States.

9) I understand that all persons that will reside in the apartment on a regular basis will also be required to apply for an occupancy license.

10) I understand that if I rent or lease any property to an individual without an occupancy license, I will be subject to a penalty of $100 for each violation.

11) I do not know whether the Ordinance requires me to have all my current tenants and their families apply for an occupancy license.

12) In addition, I do not know what the Ordinance means by the terms "temporary guest."

13) I am concerned that the statute is vague and unclear and that I could be subject to multiple financial penalties without being given proper notice or the ability to cure any violations to avoid paying a financial penalty.

14) I do not have a regular employee to service my building although I do occasionally hire tenants to engage in routine jobs around the building, including mowing the lawn or plowing snow around the premises.

15) I do not know whether I would be required to comply with the employment provision of the Ordinance which requires me to register with the E-Verify program and/or attest that I do not hire any unauthorized worker.

16) Because I do not know whether I am subject to the employment provision of the Ordinance, I am also concerned that I may be subject to fines or legal action for failure to comply with the employment provision of the Ordinance.

17) I fear that if the Ordinance is allowed to go into effect, I will face immediate harm that cannot be repaired.

I declare under penalty of perjury under the laws of the United States that the foregoing declaration is true and correct.

Date: 20 JUL 2010

Fred Keller