# EXHIBIT

# C

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**
**OMAHA DIVISION**

| | | |
|---|---|---|
| FRED H. KELLER, JR., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **Civil Action No.:**________________ |
| CITY OF FREMONT, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| | ) | |

**DECLARATION OF JUAN ARMENTA IN SUPPORT**
**OF APPLICATION FOR A PRELIMINARY INJUNCTION**

I, Juan Armenta, hereby declare and state as follows:

1) I am over the age of 18 and am fully competent to make this declaration.

2) I am Latino and am a legal permanent resident of the United States.

3) I presently reside in Fremont, Nebraska along with my family and have resided in Fremont the majority of my life. I enjoy living in Fremont and wish to continue living here.

4) I, along with my family, reside in an apartment unit located in Fremont, Nebraska and rent the unit on a month-to-month basis and thus do not presently have a lease with the landlord.

5) I am considering moving to a different rental unit in Fremont in the near future.

6) I am aware that the City of Fremont recently passed Ordinance 5156 ("Ordinance") relating to rental units and the need to have an occupancy permit.

7) Although I have seen a copy of the Ordinance and have read the Ordinance, I do not really understand all of the provisions contained in the Ordinance.

8) Specifically, I do not understand whether I have to get an occupancy license every month so that I can continue living in the rental unit my family and I presently rent.

9) I am also concerned that if I do not correctly interpret the new Ordinance correctly, it may somehow negatively affect my immigration status.

10) I do not have the money or resources to pay a fine if I am found to have not followed all of the terms of the Ordinance. I also do not wish to jeopardize my immigration status by not fully complying with the Ordinance.

11) I am also concerned that when I try to move to a different rental unit, a future landlord may deny me the right to rent me a unit either because I am Latino or because of my immigration status.

12) I fear that if the Ordinance is allowed to go into effect, I will face immediate harm that cannot be repaired.

I declare under penalty of perjury under the laws of the United States that the foregoing declaration is true and correct.

Date: 7-20-10

Juan Armenta