# EXHIBIT

# D

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**
**OMAHA DIVISION**

| | | |
|---|---|---|
| FRED KELLER, JR., et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | **Civil Action No.:**_______________ |
| CITY OF FREMONT, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| | ) | |

**DECLARACION DE JUAN DOE**

Yo, Juan Doe, aqui declaro y afirmo lo siguiente:

1) Yo, Soy mayor de de la edad de 18, y soy completamente competente de tomar esta decision.

2) Yo, Soy Latino y estoy actualmente en procedimientos inmigratorios.

3) Yo resido actualmente en Fremont, Nebraska.Me encanta vivir en Fremont, y deseo continuar viviendo aqui.

4) Yo resido en un apartamento localizado en Fremont, Nebraska, y rento el mismo mensualmente, y no mantengo un contarato con el dueño de la propiedad.

5) Yo estoy enterado de que la Ciudad de Fremont recientemente aprobo la Ordenanza 5156 ("Ordenanza"), la cual tiene que ver con la renta de unidades y la necesidad de tener un permiso de ocupacion.

6) Aunque yo he visto la copia de la Odenanza, no he podido leerla ya que mi idioma principal es español.

7) Yo no entiendo realmente todas las proviciones establecidas en la Ordenanza.

8) Yo no entiendo si es necesario que yo deba obtener una licencia ocupacional cada mes , para poder continuar viviendo en la unidad de renta la cual yo actualmente rento.

9) Yo tambien estoy preocupado que al no poder interpreter la nueva Ordenanza correctamente, de alguna manera eso pudiera afectar negativamente my aplicación de inmigración, la cual sigue pendiente.

10) Yo no tengo el dinero o los recursos para pagar la multa si se me haya responsible de no haber cumplido con todos los terminos de la Ordenanza.

11) Yo tambien estoy preocupado que al mudarme para otra unidad de renta, el próximo dueño de la propiedad me va a negar el derecho de rentarme la unidad, ya sea por ser latino o por mi estatus inmigratorio actual.

12) Yo temo que si esta Ordenanza se permite tomar efecto, yo sufriría daños irreparables.

Yo declare bajo la multa de perjurio bajo las leyes de los Estados Unidos de que esta misma declaración es verdadera y correcta.

Fecha: 7-20-2010

Juan Doe
Juan Doe

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**
**OMAHA DIVISION**

| | | |
|---|---|---|
| FRED H. KELLER, JR. et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | **Civil Action No.:**__________ |
| CITY OF FREMONT, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| | ) | |

**DECLARATION OF ANGEL FREYTEZ**

I, Angel Freytez, hereby declare and state as follows:

1) I am over the age of 18 and am fully competent to make this declaration.

2) I attended school through college in Venezuela.

3) I was educated in the Spanish language and received my degree in elementary education from the Catholic University Andres Bello.

4) Although I speak English fluently, my primary language is Spanish.

5) I have reviewed the attached declaration of Juan Doe, which is in the Spanish language and I have translated the declaration from Spanish to English fairly and accurately and to the best of my abilities.

I declare under penalty of perjury under the laws of the United States that the foregoing declaration is true and correct.

Date: 7/20/10

________________
Angel Freytez

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**
**OMAHA DIVISION**

| | | |
|---|---|---|
| FRED H. KELLER, JR. et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | **Civil Action No.:**________________ |
| CITY OF FREMONT, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| | ) | |

**DECLARATION OF JUAN DOE**

I, Juan Doe, hereby declare and state as follows:

1) I am over the age of 18 and am fully competent to make this declaration.

2) I am Latino and am presently in immigration proceedings.

3) I presently reside in Fremont, Nebraska. I enjoy living in Fremont and wish to continue living here.

4) I reside in an apartment unit located in Fremont, Nebraska and rent the unit on a month-to-month basis and thus do not presently have a lease with the landlord.

5) I am aware that the City of Fremont recently passed Ordinance 5156 ("Ordinance") relating to rental units and the need to have an occupancy permit.

6) Although I have seen a copy of the Ordinance I have not read the Ordinance because my primary language is Spanish.

7) I do not really understand all of the provisions contained in the Ordinance.

8) I do not understand whether I have to get an occupancy license every month so that I can continue living in the rental unit I presently rent.

9) I am also concerned that if I do not interpret the new Ordinance correctly, it may somehow negatively affect the immigration application that I have pending.

10) I do not have the money or resources to pay a fine if I am found to not have followed all of the terms of the Ordinance.

11) I am also concerned that if I try to move to a different rental unit, a future landlord may deny me the right to rent me a unit either because I am Latino or because of my present immigration status.

12) I fear that if the Ordinance is allowed to go into effect, I will face immediate harm that cannot be repaired.

I declare under penalty of perjury under the laws of the United States that the foregoing declaration is true and correct.

Date: ______________ ________________________________

Juan Doe