# EXHIBIT

# E

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**
**OMAHA DIVISION**

| | | |
|---|---|---|
| FRED H. KELLER, JR., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | **Civil Action No.:**________________ |
| CITY OF FREMONT, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| | ) | |

## DECLARACIÓN DE JUANA DOE

Yo, Juana Doe, aquí declaro y afirmo lo siguiente:

1) Yo, soy mayor de la edad de 18, y soy completamente competente de tomar esta decisión.

2) Yo, soy Latina e indocumentada. Y tengo miedo de dar a conocer mi verdadero nombre, por miedo a ser deportada.

3) Yo resido actualmente en Fremont, Nebraska. Me encanta vivir en Fremont, y deseo continuar viviendo aquí.

4) Yo resido en un apartamento localizado en Fremont, Nebraska, y rento el mismo mensualmente, y no mantengo un contrato con el dueño de la propiedad.

5) Yo estoy enterado de que la Ciudad de Fremont recientemente aprobó la Ordenanza 5156("Ordenanza"), la cual tiene que ver con la renta de unidades y la necesidad de tener un permiso de ocupación.

6) Aunque yo he visto la copia de la Ordenanza, no he pedido leerla ya que mi idioma principal es español.

7) Yo no entiendo realmente todas las provisiones establecidas en la Ordenanza.

8) Yo no entiendo si es necesario que yo deba obtener licencia ocupacional cada mes, para poder continuar viviendo en la unidad de renta la cual yo actualmente rento.

9) Yo tambien estoy preocupado que al no poder interpreter la nueva Ordenanza correctamente, esto pudiera afectar negativamente my habilidad de vivir en los Estados Unidos.

10) Yo no tengo el dinero o los recursos para pagar la multa si se me haya responsible de no haber cumplido con todos los terminos de la Ordenanza.

11) Yo tambien estoy preocupado que al mudarme para otra unidad de renta, el próximo dueño de la propiedad me va a negar el derecho de rentarme la unidad, ya sea por ser latino o por mi estatus inmigratorio actual.

12) Yo temo que si esta Ordenanza se permite tomar efecto, yo sufriría daños irreparables.

Yo declare bajo la multa de perjurio bajo las leyes de los Estados Unidos de que esta misma declaración es verdadera y correcta.

Fecha: 7-20-2010

Juana Doe

Juana Doe

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**
**OMAHA DIVISION**

| | | |
|---|---|---|
| FRED H. KELLER, JR. et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | **Civil Action No.:**________________ |
| CITY OF FREMONT, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| | ) | |

**DECLARATION OF ANGEL FREYTEZ**

I, Angel Freytez, hereby declare and state as follows:

1) I am over the age of 18 and am fully competent to make this declaration.

2) I attended school through college in Venezuela.

3) I was educated in the Spanish language and received my degree in elementary education from the Catholic University Andres Bello.

4) Although I speak English fluently, my primary language is Spanish.

5) I have reviewed the attached declaration of Juana Doe, which is in the Spanish language and I have translated the declaration from Spanish to English fairly and accurately and to the best of my abilities.

I declare under penalty of perjury under the laws of the United States that the foregoing declaration is true and correct.

Date: 7/20/2010

[signature]
Angel Freytez

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**
**OMAHA DIVISION**

| | | |
|---|---|---|
| FRED H. KELLER, JR. et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | **Civil Action No.:**________________ |
| CITY OF FREMONT, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| | ) | |

**DECLARATION OF JUANA DOE**

I, Juana Doe, hereby declare and state as follows:

1) I am over the age of 18 and am fully competent to make this declaration.

2) I am Latina and am presently undocumented.

3) I presently reside in Fremont, Nebraska. I enjoy living in Fremont and wish to continue living here.

4) I reside in an apartment unit located in Fremont, Nebraska and rent the unit on a month-to-month basis and thus do not presently have a lease with the landlord.

5) I am aware that the City of Fremont recently passed Ordinance 5156 ("Ordinance") relating to rental units and the need to have an occupancy permit.

6) Although I have seen a copy of the Ordinance I have not read the Ordinance because my primary language is Spanish.

7) I do not really understand all of the provisions contained in the Ordinance.

8) I do not understand whether I have to get an occupancy license every month so that I can continue living in the rental unit I presently rent.

9) I am also concerned that if I do not comply with the new Ordinance, it may negatively affect my ability to reside in the United States.

10) I do not have the money or resources to pay a fine if I am found to not have followed all of the terms of the Ordinance.

11) I am also concerned that if I try to move to a different rental unit, a future landlord may deny me the right to rent me a unit either because I am Latino or because of my present immigration status.

12) I fear that if the Ordinance is allowed to go into effect, I will face immediate harm that cannot be repaired.

I declare under penalty of perjury under the laws of the United States that the foregoing declaration is true and correct.

Date: ______________

______________________________
Juana Doe