AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

10 JUL 28 PM 12:40

OFFICE OF THE CLERK

| | |
|---|---|
| Fred Keller, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 8:10-cv-00270 |
| City of Fremont ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant City of Fremont

Date: 07/28/2010

*Attorney's signature*

Kris W. Kobach, 23356
*Printed name and bar number*

4701 N. 130th St.
Kansas City, KS  66109

*Address*

kobachk@umkc.edu
*E-mail address*

(913) 638-5567
*Telephone number*

(816) 235-5276
*FAX number*