IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRED H. KELLER, JR., JUAN ARMENTA, JUAN DOE, JUANA DOE and JUANA DOE #2, | ) ) ) ) | CASE NO. 8:10CV270 |
| Plaintiffs, | ) ) | |
| v. | ) ) | CONSOLIDATION ORDER |
| CITY OF FREMONT, | ) ) ) | |
| Defendant. | ) | |
| MARIO MARTINEZ, JR., PAOLA MERCADO, JANE DOE, MARIA ROE, STEVEN DAHL, AND ACLU NEBRASKA FOUNDATION, | ) ) ) ) ) ) | CASE NO. 4:10CV3140 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CITY OF FREMONT; DEAN F. SKOKAN, JR., IN HIS OFFICIAL CAPACITY AS FREMONT CITY ATTORNEY; AND TIMOTHY MULLEN, IN HIS OFFICIAL CAPACITY AS FREMONT CHIEF OF POLICE, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court, on its own motion, to order that the cases identified at Case No. 8:10CV270 and Case No. 4:10CV3140, be consolidated for purposes of pending motions for temporary restraining order and preliminary injunction, and for discovery. The parties have no objection to the Court's suggestion. Therefore, the Court finds that consolidation pursuant to Fed. R. Civ. P. 42(a) is warranted. The Court's CM/ECF System has the capacity for "spreading" text among the consolidated cases. If

properly docketed, the documents filed in the Lead Case will automatically be filed in all Member Cases.  Accordingly,

IT IS ORDERED:

1. Case No. 8:10CV270 and Case No. 4:10CV3140 are hereby consolidated for purposes of the pending motions for temporary restraining order and preliminary injunction, and for discovery;

2. Case No. 8:10CV270 is hereby designated as the "Lead Case," Case No. 4:10CV3140 is hereby designated as a "Member Case";

3. The parties are instructed to file in the Lead Case, No. 8:10CV270, all further documents except those described in paragraph 4, and to select the option "yes" in response to the System's question whether to spread the text;

4. The parties may not use the spread text feature to file complaints, amended complaints, and answers; to pay filing fees electronically using pay.gov; or to file items related to service of process; and

5. If a party believes that an item in addition to those described in paragraph 4 should not be filed in all the consolidated cases, the party must move for permission to file the item in one or more individual member cases. The motion must be filed in all the consolidated cases using the spread text feature.

DATED this 2nd day of September, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge